```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 40529
    MARK A PENN
    CHERYL D PENN                            CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-1318    SSN XXX-XX-9678

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/26/2005 and was confirmed 12/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

     The case was converted to chapter 7 after confirmation 12/03/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE   SECURED              8821.00        868.63         8821.00
BONITA HENSON              SECURED              2785.00        275.60         2785.00
COOK COUNTY TREASURER      SECURED NOT I     NOT FILED            .00             .00
LITTON LOAN SERVICING      CURRENT MORTG      21737.80            .00        21737.80
LITTON LOAN SERVICING      MORTGAGE ARRE       8341.54            .00         8341.54
TRIAD FINANCIAL CORP       SECURED NOT I     NOT FILED            .00             .00
TRIAD FINANCIAL CORP       UNSECURED           8922.89            .00          444.90
INTERNAL REVENUE SERVICE   FILED LATE          3274.81            .00             .00
AMERICREDIT FINANCIAL SE   UNSECURED         NOT FILED            .00             .00
AT&T BROADBAND             UNSECURED         NOT FILED            .00             .00
BANK ONE                   UNSECURED         NOT FILED            .00             .00
BAKER MILLER MARKOFF & K   NOTICE ONLY       NOT FILED            .00             .00
CAPITAL ONE                UNSECURED           1930.93            .00           96.28
CAPITAL ONE                UNSECURED         NOT FILED            .00             .00
CB USA                     UNSECURED            203.00            .00             .00
CINGULAR WIRELESS          UNSECURED         NOT FILED            .00             .00
CITY OF CALUMET CITY       UNSECURED         NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED           6640.00            .00          331.08
COMCAST                    UNSECURED         NOT FILED            .00             .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED            .00             .00
COMPUTER CREDIT            UNSECURED         NOT FILED            .00             .00
DANIEL R GUNN              UNSECURED         NOT FILED            .00             .00
ASSET ACCEPTANCE CORP      UNSECURED          24965.05            .00         1244.77
FIRST NATIONAL BANK OF M   UNSECURED         NOT FILED            .00             .00
FIRST PREMIER CREDIT       UNSECURED         NOT FILED            .00             .00
GE CAPITAL                 UNSECURED         NOT FILED            .00             .00
GLOBAL PAYMENTS            UNSECURED         NOT FILED            .00             .00
ECAST SETTLEMENT CORP      UNSECURED           1027.59            .00           40.04
ICE MOUNTAIN SPRING WATE   UNSECURED         NOT FILED            .00             .00
IDES                       UNSECURED           2620.50            .00          130.66
ILLINOIS STATE HIGHWAY A   UNSECURED           2271.40            .00          113.26
MARAUDER CORP              UNSECURED         NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 40529 MARK A PENN & CHERYL D PENN
```

```
RESURGENT CAPITAL SERVIC  UNSECURED        108.98              .00             .00
MERRICK BANK              UNSECURED       1990.02              .00           99.23
MIDWEST EYE CENTER        UNSECURED     NOT FILED              .00             .00
NICOR GAS                 UNSECURED     NOT FILED              .00             .00
SALLIE MAE GUARANTEE SER  UNSECURED      34679.88              .00         1729.14
AT & T BANKRUPCTY         UNSECURED     NOT FILED              .00             .00
RICHARD KOMYATTE & ASSOC  UNSECURED        159.27              .00             .00
TCF BANK                  UNSECURED     NOT FILED              .00             .00
VERIZON                   UNSECURED        832.02              .00           32.42
VERIZON WIRELESS          UNSECURED     NOT FILED              .00             .00
WILLIAMS ALEXANDER & ASS  UNSECURED     NOT FILED              .00             .00
B-LINE LLC                UNSECURED        379.89              .00           18.94
WELLS FARGO AUTO FINANCE  UNSECURED       2778.74              .00          138.55
INTERNAL REVENUE SERVICE  FILED LATE      8821.35              .00             .00
CODILIS & ASSOCIATES ^    NOTICE ONLY   NOT FILED              .00             .00
LITTON LOAN SERV          NOTICE ONLY   NOT FILED              .00             .00
LEDFORD & WU              DEBTOR ATTY     2,331.44                        2,331.44
TOM VAUGHN                TRUSTEE                                         3,162.59
DEBTOR REFUND             REFUND                                             47.13

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               52,790.00

PRIORITY                                         .00
SECURED                                    41,685.34
    INTEREST                                1,144.23
UNSECURED                                   4,419.27
ADMINISTRATIVE                              2,331.44
TRUSTEE COMPENSATION                        3,162.59
DEBTOR REFUND                                  47.13
                    ---------------      ---------------
TOTALS                52,790.00            52,790.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 03/18/09         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                            PAGE   2
         CASE NO. 05 B 40529 MARK A PENN & CHERYL D PENN